**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Wallace Davis | ) | Case No. 16-11708 |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |

**RECEIVER'S MOTION TO REMAIN**
**IN POSSESSION OF RECEIVERSHIP PROPERTY**

Michael Zucker (the "Receiver"), in his capacity as the court-appointed receiver in the consolidated mortgage foreclosure case currently pending in the Circuit Court of Cook County and known as *Select Commercial Assets, LLC, et al. v. Wallace Davis, Jr., et al.*; Case No. 2008 CH 44836 (consolidated with Case Nos. 2011 CH 23745 and 2011 CH 23749) (the "Mortgage Foreclosure Case"), by and through his attorneys, Horwood Marcus & Berk Chartered, hereby joins in Select Commercial Assets, LLC's Motion to Dismiss Or, Alternatively, For Relief From The Automatic Stay and moves this Court to excuse Receiver's obligations as a custodian under 11 U.S.C. § 543 and to grant Receiver the authority to remain in possession of the receivership property.

1. The Receiver was appointed by Court Order dated June 25, 2013 in the Mortgage Foreclosure Case. Attached as **Exhibit A** is the June 25, 2013 Court Order.

2. Pursuant to the June 25, 2013 Court Order, Receiver was placed in possession of the commercial real estate located at (i) 2800 W. Madison St., Chicago, Illinois 60612, (ii) 2811 W. Fifth Ave., Chicago, Illinois 60612, and (iii) 2746 W. Madison St., Chicago, Illinois 60612 (collectively the "Properties").

3. Also pursuant to the June 25, 2013 Court Order, Receiver was authorized to collect all rents from the Properties, to allocate all receipts from the Properties in accordance

with 735 ILCS 5/15-1704(d), to make necessary improvements to the Properties and pay necessary expenses to maintain the Properties, and to carry out such other duties, responsibilities, and powers enumerated in the Illinois Mortgage Foreclosure Law. *See* Ex. A.

4. Since June 25, 2013, the Receiver has been in possession of and has managed the Properties. During the course of the Receiver's management of the Properties, the expenses of maintaining the Properties have greatly exceeded the income derived from the Properties.

5. In fact, the Receiver has incurred fees, costs, and other expenses in excess of $111,465.08 in connection with his management of the Properties, for which the Receiver has not been paid or reimbursed.

6. Consequently, the Receiver, through Court Orders issued in the Mortgage Foreclosure Case, has recorded liens against the Properties in the aggregate amount of $104,487.03. Attached hereto as **Exhibit B** are Receiver's Certificate Nos. 1 and 2 that were approved and issued in the Mortgage Foreclosure Case.

7. As of the most recent Receiver's Report filed in the Mortgage Foreclosure Case, the real estate located at 2800 W. Madison St. and 2811 W. Fifth Ave. are vacant and secured. Attached as **Exhibit C** is a copy of the Eleventh Receiver's Report filed in the Mortgage Foreclosure Case. Both would require significant maintenance work in order to market the properties for rent.

8. As of the most recent Receiver's Report filed in the Mortgage Foreclosure Case, the real estate located at 2746 W. Madison St. contains one tenant. *See* Ex. C. The tenant pays monthly rent in the amount of $2,700.00 per month, and the lease has been terminated effective May 31, 2016.

9. Receiver joins in Select Commercial Assets, LLC's Motion to Dismiss Or,

Alternatively, For Relief From The Automatic Stay for the reasons stated therein.

10. To the extent the automatic stay is not lifted retroactively, the Receiver seeks this Court's permission to excuse the Receiver from his obligations as a custodian under 11 U.S.C. § 543 and to remain in possession of the Properties during the bankruptcy proceedings pursuant to the terms of the Court Order dated June 25, 2013 in the Mortgage Foreclosure Case. A proposed order is attached hereto as **Exhibit D**.

WHEREFORE, Michael Zucker, in his capacity as the court-appointed receiver in the Mortgage Foreclosure Case, respectfully requests this Honorable Court grant Select Commercial Assets, LLC's Motion to Dimiss Or, Alternatively, For Relief From The Automatic Stay, or alternatively, excuse Michael Zucker from his obligations as a custodian under 11 U.S.C. § 543 and allow Michael Zucker to remain in possession of the Properties pursuant to the terms of the Court Order dated June 25, 2013 in the Mortgage Foreclosure Case.

Respectfully submitted,

**MICHAEL ZUCKER**,

Receiver.

By: _/s/Eric S. Rein_____________
One of His Attorneys

Eric S. Rein
Matthew R. Barrett
**HORWOOD MARCUS & BERK CHARTERED**
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
(312) 606-3200

**CERTIFICATE OF SERVICE**

The undersigned attorney of record, hereby certifies that he caused a copy of the foregoing **RECEIVER'S MOTION TO REMAIN IN POSSESSION OF RECEIVERSHIP PROPERTY** to be filed electronically on the 6th day of May, 2016. A copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

Chad M. Hayward
The Law Offices of Chad M. Hayward, P.C.
205 W. Randolph
Suite 1310
Chicago, IL 60606

Pierre M. Cristache
Roetzel & Andress, LPA
20 South Clark Street, Suite 300
Chicago, IL 60603

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

_/s/Eric S. Rein_____________